**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DESHON SANDERS,** PETITIONER

V. NO. 4:05CV270-P-B

**LAWRENCE KELLY, et al.,** RESPONDENTS

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice as barred by the applicable statute of limitations.

**IT IS SO ORDERED**.

THIS the 24th day of August, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE